UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY McWATTERS,

        Petitioner,

                                              Civil No. 06-13870
v.                                             Honorable David M. Lawson

JAN E. TROMBLEY,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion and order denying petition for writ of habeas corpus entered this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated: May 11, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2009.

                                        s/Susan K. Pinkowski
                                        SUSAN K. PINKOWSKI